ACCEPTED
04-15-00350-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/8/2015 4:51:26 PM
KEITH HOTTLE
CLERK

THE LAW OFFICE OF

# AUDREY MULLERT VICKNAIR

FROST BANK PLAZA
802 NORTH CARANCAHUA, SUITE 1350
CORPUS CHRISTI, TEXAS 78401-0022

TELEPHONE: (361) 888-8413
TELECOPIER: (361) 887-6207
E-MAIL: avicknair@vicknairlaw.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
Civil Appellate Law
7/8/2015 4:51:26 PM
TEXAS BOARD OF LEGAL SPECIALIZATION
KEITH E. HOTTLE
Clerk

July 8, 2015

Hon. Keith Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa, Ste. 3200
San Antonio, TX 7205

Re:     Cause No. 04-15-00350-CV, *Jack Rettig v. Bruno, et al*, on appeal to the Fourth Court of Appeals from Webb County, Cause No. 2015CVQ000699 D2

Dear Mr. Hottle:

Please let this letter serve as notice to the Court that upon further review of the trial court's orders on appeal in this cause, a question has arisen about the breadth of same. Only Mendoza and Garcia filed motions to vacate the domesticated foreign judgment and had those motions heard by the trial court. The Orders on appeal expressly rule on those motions. Lopez filed a motion but did not have it heard. Bruno and Williams filed no motions contesting the domesticated judgment. Accordingly, Rettig focused on Mendoza and Garcia when filing his Motion to Abate Appeal. Both have filed Responses.

The Orders from which Rettig has appealed may be construed to address Lopez, Bruno and Williams as well. Lopez and Williams are represented by counsel (below) and Rettig has inquired as to their position on the motion to abate. Bruno is pro se and has taken no action in this case since shortly after it was filed in Harris County in 2014. He is not expected to take a position on the motion to abate.

An Amended Notice of Appeal has been filed along with the Designation of Clerk's Record. The Reporter's Record was requested and the undersigned understands it has already been filed.

Please let us know how we can aid the Court. Thank you for your courtesies.

Yours truly,
*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair

Cc:

Lance H. Beshara – *counsel for Mendoza*
PULMAN CAPPUCCIO
PULLEN BENSON & JONES, LLP
2161 N.W. Military Hwy., Suite 400
San Antonio, Texas 78213

Jana K. Terry – *counsel for Garcia*
BECKSTEAD TERRY P.L.L.C.
9442 N. Capital of texas Hwy.
Arboretum Plaza One, Suite 500
Austin, Texas 78759

Carlos Evaristo Flores – *counsel for Lopez*
PERSON,WHITWORTH, BORCHERS & MORALES, LLP
602 E. Calton Road, 2nd Floor
P.O. Drawer 6668
Laredo, Texas 78042-6668

Darrell W. Cook – *counsel for Williams*
DARRELL W. COOK & ASSOCIATES, P.C.
One Meadows Building
5005 Greenville Ave., Ste. 200
Dallas, Texas 75206

*By tex.gov electronic filing system*

Ronald E. Bruno – *pro se*
2304 Matador Circle
Austin, Texas 78746

*By U.S. Mail*